```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 03537
   LEROY SMITH JR
   BOBBI E SMITH                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-1593      SSN XXX-XX-7844


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/28/2007 and was not confirmed.

     The case was transferred to Glenn Stearns, Trustee on 03/08/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------

CONSECO FINANCE SERVICIN  CURRENT MORTG          .00           .00           .00
CONSECO FINANCE SERVICIN  MORTGAGE ARRE      2592.00           .00           .00
PIERCE & ASSOC            NOTICE ONLY      NOT FILED           .00           .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG          .00           .00           .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE     13418.09           .00           .00
COUNTRYWIDE HOME LENDING  NOTICE ONLY      NOT FILED           .00           .00
ARROW FINANCIAL SERVICES  UNSECURED        NOT FILED           .00           .00
ARROW FINANCIAL SERVICES  UNSECURED        NOT FILED           .00           .00
CAPITAL ONE               UNSECURED        NOT FILED           .00           .00
VAN RU CREDIT             NOTICE ONLY      NOT FILED           .00           .00
CARSON PIRIE SCOTT        UNSECURED        NOT FILED           .00           .00
CARSON PIRIE SCOTT        NOTICE ONLY      NOT FILED           .00           .00
CFG CREDIT LP             UNSECURED        NOT FILED           .00           .00
FIRST CONSUMERS NATIONAL  UNSECURED        NOT FILED           .00           .00
FCNB                      NOTICE ONLY      NOT FILED           .00           .00
FIRST CONSUMERS NATIONAL  NOTICE ONLY      NOT FILED           .00           .00
FCNB                      NOTICE ONLY      NOT FILED           .00           .00
FIRST CONSUMERS NATIONAL  UNSECURED        NOT FILED           .00           .00
FIRST CONSUMER NATIONAL   NOTICE ONLY      NOT FILED           .00           .00
FIRST MIDWEST BANK        UNSECURED        NOT FILED           .00           .00
FIRST MIDWEST BANK        NOTICE ONLY      NOT FILED           .00           .00
GE CAPITAL CONSUMER CARD  UNSECURED        NOT FILED           .00           .00
HOUSEHOLD BANK            UNSECURED        NOT FILED           .00           .00
ARROW FINANCIAL SERVICES  NOTICE ONLY      NOT FILED           .00           .00
HOUSEHOLD FINANCE CORP    UNSECURED        NOT FILED           .00           .00
ECAST SETTLEMENT CORP     NOTICE ONLY      NOT FILED           .00           .00
PROVIDIAN NATIONAL BANK   UNSECURED        NOT FILED           .00           .00
ARROW FINANCIAL SERVICES  NOTICE ONLY      NOT FILED           .00           .00
SEARS ROEBUCK             UNSECURED        NOT FILED           .00           .00
ECAST SETTLEMENT CORP     NOTICE ONLY      NOT FILED           .00           .00
TIMOTHY K LIOU            DEBTOR ATTY            .00                         .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00


     Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 03537 LEROY SMITH JR & BOBBI E SMITH
```

```
--------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                        ---------------   ---------------
TOTALS                          .00               .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 06/22/07               _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 07 B 03537 LEROY SMITH JR & BOBBI E SMITH